**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC, | |
| Plaintiff, | Case No. 25-cv-12827 |
| v. | **Judge Manish S. Shah** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Jeannice W. Appenteng** |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION
TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Sony Interactive Entertainment LLC ("Plaintiff" or "SIE") seeks to extend the Temporary Restraining Order granted and entered by the Court on October 27, 2025 [24] by a period of fourteen (14) days until November 24, 2025. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 3rd day of November 2025.    Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*